UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PSM HOLDING CORP., a corporation, | Case No. CV05-8891-VBF-(FMOx) |
| Plaintiff, | |
| v. | **REVISED JUDGMENT** |
| NATIONAL FARM FINANCIAL CORPORATION, a corporation, BUSINESS ALLIANCE INSURANCE COMPANY, a corporation, and LARRY P. CHAO, an individual; | |
| Defendants. | |
| And Related Counterclaim. | |

LA1:#6371924

1  This action came on for jury trial, commencing on August 15, 2007, in Courtroom 9 of the above-mentioned court, the Honorable Valerie Baker Fairbank presiding.  Plaintiff and Counterdefendant PSM Holding Corp. ("PSM") appeared by its attorneys Linda Dakin-Grimm, Louis Anthony Pellegrino, and Aluyah Imoisili of Milbank, Tweed, Hadley & McCloy LLP.  Defendants and Counterclaimants National Farm Financial Corporation ("NFFC"), Business Alliance Insurance Company ("BAIC"), and Larry P. Chao ("Chao") (collectively, "Defendants") appeared by their attorneys William F. Murphy of Dillingham & Murphy LLP, and Robert B. Hutchinson and Niki B. Okcu of Cotchett, Pitre & McCarthy.

On September 14, 2007, the jury reached a unanimous verdict on all causes of action.  Specifically, the jury found in Plaintiff's favor and against Defendants on Plaintiff's breach of contract cause of action.  The jury also found in Plaintiff's favor and against Defendants on Plaintiff's fraud causes of action for intentional misrepresentation and false promise, as well as on Plaintiff's claim for negligent misrepresentation.  The jury found against Plaintiff on its fraud cause of action for concealment.  The jury awarded forty million dollars ($40,000,000) in damages on the breach of contract action, as well as one million ($1,000,000) dollars on each of the intentional misrepresentation, false promise, and negligent misrepresentation causes of action.  The jury did not award punitive damages.

On September 18, 2007, Plaintiff elected the contract remedy awarded by the jury and abandoned its claim for specific performance.  On September 19, 2007, the Court ruled in favor of Plaintiff and against Defendants on Defendants' counterclaims for declaratory relief and rescission based on fraud and mutual mistake of law, and on the parties' equitable defenses.

On January 2, 2008, the Court granted Plaintiff's Motion for Attorneys' Fees and Costs as set forth below.  The Court denied Defendants' Motions (1) for New Trial based on Erroneous Jury Instructions, (2) for New Trial or Remittitur of

LA1:#6371924

1  Excessive, Unsupported and Duplicative Damages, and (3) to Alter or Amend
2  Judgment to Eliminate Duplicative Damages and a Rule 50(b) Motion for
3  Judgment as a Matter of Law (collectively "Defendants' Motions"), with the
4  exception that the Court granted Defendants' Motions as to the fraud causes of
5  action, thereby reducing the jury's total verdict by three million dollars
6  ($3,000,000).

7  NOW, THEREFORE, IT IS ADJUDGED, ORDERED, AND DECREED as
8  follows:

   (1) Any previous judgment in this case is hereby vacated. This new
Judgment shall be entered in favor of Plaintiff PSM, jointly and severally against
Defendants NFFC, BAIC and Chao on Plaintiff's contract claims in the amount of
forty million dollars ($40,000,000);

   (2) Judgment shall be entered in favor of Counterdefendant PSM on
Defendants' counterclaims;

   (3) Plaintiff and Counterdefendant PSM shall recover its costs in the
amount of $177,057.54, provided by law and under the contract between the
parties; and

   (4) Plaintiff and Counterdefendant PSM shall recover its attorneys' fees in
the amount of $2,949,834, as provided by law and under the contract between the
parties.

Dated: January 31, 2008        By: /s/ Valerie Baker Fairbank
                                   Judge Valerie Baker Fairbank
                                   United States District Judge

LA1:#6371924