UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PSM HOLDING CORP., a corporation, | CASE NO. CV 05-08891 MMM (FMOx) |
| Plaintiff, | |
| vs. | |
| NATIONAL FARM FINANCIAL CORPORATION, a corporation, BUSINESS ALLIANCE INSURANCE COMPANY, a corporation, and LARRY P. CHAO, an individual, | JUDGMENT |
| Defendants. | |

    On June 18, 2009, the Ninth Circuit reversed the judgment in this case, concluding that the parties had not entered into a binding agreement for the purchase and sale of Business Alliance Insurance Company. On September 29, 2009, following certain additional proceedings in the district court, Judge Valerie Fairbank recused herself, and the matter was assigned to this court. The court thereafter conducted extended proceedings concerning defendants' motion for restitution, motion for an award of attorneys' fees, and motion for an award of profits. Based on the Ninth Circuit's decision and on the court's orders on the motions for restitution, fees, and an award of profits,

IT IS ORDERED AND ADJUDGED:

1. Following reversal of the judgment on the jury's verdict by the Ninth Circuit, that plaintiff PSM Holding Corp take nothing by way of its complaint, and that defendants National Farm Financial Corporation, Business Alliance Insurance Company, and Larry P. Chao take nothing by way of their counterclaims;

2. That defendants recover $2,224,220.76 in attorneys' fees and $53,984.99 in costs from plaintiff for proceedings in the district court prior to appeal;[1]

3. In connection with post-appeal restitution proceedings, that plaintiff recover from defendants, jointly and severally, net principal in the amount of $1,100,563; and

4. That the action be, and it hereby is, dismissed.

DATED: December 17, 2014

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

---

[1] Defendants may file any further attorneys' fees motion and/or bill of costs in accordance with Rule 54(d) of the Federal Rules of Civil Procedure and the Local Rules.

2