UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PSM HOLDING CORP., a corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>NATIONAL FARM FINANCIAL CORPORATION, a corporation, BUSINESS ALLIANCE INSURANCE COMPANY, a corporation, and LARRY P. CHAO, an individual,<br><br>  Defendants. | CASE NO. CV 05-08891 MMM (FMOx)<br><br>JUDGMENT AWARDING ATTORNEYS' FEES AND COSTS TO DEFENDANTS |

   On June 18, 2009, the Ninth Circuit reversed the judgment in this case, concluding that the parties had not entered into a binding agreement for the purchase and sale of Business Alliance Insurance Company. On September 29, 2009, following certain additional proceedings in district court, Judge Valerie Baker Fairbank recused herself, and the matter was assigned to this court. The court thereafter conducted extended proceedings concerning defendants' motion for restitution, motion for an award of attorneys' fees, and motion for an award of profits. On December 17, 2014, the court entered final judgment in this matter. Following the entry of judgment, on December 31, 2014, defendants filed a motion for attorneys' fees incurred in the post-appeal restitution proceedings in this matter. The court entered an order on that motion on May 18, 2015.

1  Accordingly,

3  IT IS ORDERED AND ADJUDGED:

4  1.   That defendants recover $306,722.50 in attorneys' fees and $844.09 in costs in connection with post-appeal restitution proceedings.

7  DATED: May 19, 2015

*[signature: Margaret M. Morrow]*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE